*David Botts,* for appellant.

*Randall Peek, District Attorney, Madeline S. Griffin, Assistant District Attorney, Arthur K. Bolton, Attorney General, John W. Dunsmore, Jr., John Walden, Assistant Attorneys General,* for appellee.

## 30953. DELANEY v. BANKS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed with direction. All the Justices concur.*

DECIDED SEPTEMBER 8, 1976.

*James C. Bonner, Jr.,* for appellant.

*Robert A. Barnaby, II, Assistant District Attorney, Arthur K. Bolton, Attorney General,* for appellee.

## 31075. BARNES v. LEDFORD.

The trial court did not err in remanding the appellant to custody.

*Judgment vacated and case remanded with direction. All the Justices concur.*

DECIDED SEPTEMBER 8, 1976.

*J. B. Barnes, pro se.*

*Richter, Birdsong, Willis & Keeble, Jerry Willis,*